# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| KIMBERLY WILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )     No.     4:05CV2176-SNL |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

On March 16, 2006 the Court denied Petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

Defendant has now moved for reconsideration and an evidentiary hearing.

Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence." *Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 414 (8th Cir. 1988) (quoting *Rothwell Cotton Co. v. Rosenthal & Co.*, 827 F.2d 246, 251 (7th Cir.,), *as amended*, 835 F.2d 710 (7th Cir. 1987). Moreover, a motion to reconsider may not be used to raise arguments which could have been raised prior to the Court's dismissal of the action. *See Federal Deposit Ins. Corp. v. Meyer*, 781 F.2d 1260, 1268 (7th Cir. 1986).

In petitioner's motion for reconsideration, she presents no newly discovered evidence and simply reargues the points she raised previously. Accordingly, her request for reconsideration should be denied.

**IT IS THEREFORE ORDERED** that petitioner's motion for reconsideration and for an evidentiary hearing is **DENIED**.

Dated this \_\_\_3rd\_\_\_ day of April, 2006.

_____

SENIOR UNITED STATES DISTRICT JUDGE